[No. 1125-3.    Division Three.    June 18, 1975.]

DON GRESS *et al*, *Respondents*, v. WORLD-WIDE TROPHY OUTFITTERS, LTD., *Appellant*.

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 212872, George T. Shields, J., entered February 26, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.